Celestine PIERRE, Plaintiff–Appellant,

v.

CONNECTICUT GENERAL LIFE IN-
SURANCE COMPANY/LIFE INSUR-
ANCE COMPANY OF NORTH AMER-
ICA, Defendant–Appellee.

No. 88–3506.

United States Court of Appeals,
Fifth Circuit.

July 3, 1989.

Paul Brian Spurlock, New Orleans, La., for plaintiff-appellant.

James F. Ryan, Law Offices of Donald T. Giglio, New Orleans, La., for defendant-appellee.

ON PETITION FOR REHEARING

Before REAVLEY, JOHNSON and
JONES, Circuit Judges.

PER CURIAM:

It is ordered that Mrs. Pierre's motion for rehearing is granted. Our previous decision, 866 F.2d 141 (1989), is vacated and the cause is remanded to the district court for reconsideration in light of the recent United States Supreme Court decision in *Firestone Tire and Rubber Co. v. Bruch,* — U.S. ——, 109 S.Ct. 948, 103 L.Ed.2d 80 (1989).